Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

2020 OCT 14 P 2: 23

U.S. [illegible]
N.D. OF AL[illegible]

Michael Alexander Page
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Case No. 2:20-CV-1611-AKK
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☒ Yes ☐ No

AT&T, Inc.
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff**
   Name: Michael Alexander Page
   Street Address: 2523 Dolly Ridge Road
   City and County: Vestavia, Jefferson County
   State and Zip Code: Alabama 35243
   Telephone Number: (850) 450-8442

B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
  Name                AT&T, INC.
  Job or Title        _____
  Street Address      208 S. AKARD. ST.
  City and County     DALLAS, DALLAS COUNTY
  State and Zip Code  TEXAS 75202

Defendant No. 2
  Name                _____
  Job or Title        _____
  Street Address      _____
  City and County     _____
  State and Zip Code  _____

Defendant No. 3
  Name                _____
  Job or Title        _____
  Street Address      _____
  City and County     _____
  State and Zip Code  _____

Defendant No. 4
  Name                _____
  Job or Title        _____
  Street Address      _____
  City and County     _____
  State and Zip Code  _____

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name _____
    Job or Title _____
    Street Address _____
    City and County _____
    State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question    ☐ USA Defendant    ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____
_____
_____

Pro Se General Complaint for a Civil Case (Rev.10/16)

**C. If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* MICHAEL PAGE, is a citizen of the State of *(name)* ALABAMA.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* AT&T, INC, is incorporated under the laws of the State of *(name)* TEXAS, and has its principal place of business in the State of *(name)* TEXAS.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   MR PAGE CLAIMS THE DEFENDENT OWES $6,392,572.21 IN LOST REVENUE AND BUSINESS EXPENSES, PLUS $20,000,000.00 PUNITIVE, TOTALING $26,392,572.21.

**III. Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mr. Page asks the court to order damages of $40 for lost use of Internet domains, $1,032.21 for lost travel expenses, $600 for ruined iPhone 6s, $900 in lost marketing supplies.

Mr. Page also asks for $6,390,000 for a lifetime of lost business revenue, as well as $20,000,000 in ~~lost~~ punitive and exemplary damages

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name __Michael__  Last Name __Page__
Mailing Address __2523 Dolly Ridge Road__
City and State __Vestavia, AL__  Zip Code __35243__
Telephone Number __850-450-8442__
E-mail Address __MaxPage3@yahoo.com__

Signature of plaintiff __[signature]__
Date signed __10/14/2020__

**OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

    ☑ HTML – Recommended for most e-mail clients

    ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

MAXPAGE3 @ YAHOO. COM

Participant signature: _[signature]_

Date: 10/14/2020



AT&T Mobility
PO Box 189
Paramus, NJ 07652

www.att.com

February 4, 2019

Shirley Faye Page
2518 Acton Park Lane
Birmingham, AL 35243

Re: Wireless account number 578002486762

Dear Shirley,

Thank you for contacting Global Fraud Management regarding account number 578002486762.

Under Section 609(e) of the Fair Credit Reporting Act, AT&T will provide to a victim of identity theft, upon request, the relevant records relating to the fraudulent transaction resulting from the theft of the victim's identity. After receiving your request, and conducting an initial review, AT&T has determined the transaction was not fraudulent. As a result, AT&T cannot provide the transaction records to you without a subpoena.

If you believe we reached this conclusion in error, or if we may assist on any other matter, please contact us at the number below.

AT&T
Global Fraud Management
877-844-5584

Please visit att.com/fraud for more information on how to protect your identity.

USA
Proud Sponsor of the U.S. Olympic Team

On October 15, 2018, AT&T employees gained unauthorized access to a wireless account owned by Mr. Page's mother, Shirley Page, on which Mr. Page was an Authorized User. The employees viewed his confidential information without Mr. Page's consent or that of the account holder Mrs. Shirley Page. The employees transferred control of Mr. Page's wireless phone number from Mr. Page's phone to a phone controlled by third-party hackers. These hackers used control of Mr. Page's phone – control secured through coordination and cooperation with AT&T employees – to access his personal messages and social media accounts. Once in control of these accounts, the hackers transferred ownership of his business Instagram account to themselves. This business was a social media start-up based around the exclusivity of the username of the Instagram account. Once the Instagram account had been compromised and ownership of it transferred away from Mr. Page, the entire customer base and fan base for Mr. Page was lost.

Mr. Page tried to regain access to his business social media account with the help of employees of Facebook (owner of Instagram). Facebook employees needed evidence of the hack in order to assist. Mr. Page and his mother Mrs. Page tried to get account notes showing that Mr. Page's phone number had been access by an unauthorized third-party. After multiple attempts to get AT&T to share the account notes, AT&T sent a letter stating that they did not believe any fraud had occurred on the account and refused to release any information without a subpoena.