# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ALEXANDER PAGE,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **AT&T, INC.,** ) <br> ) <br> **Defendant.** ) | Civil Action Number <br> **2:20-CV-01611-AKK** |

## ORDER

On May 27, 2021, the court ordered Plaintiff to provide proof of service by June 18, 2021. *See* doc. 4. The plaintiff has failed to comply. Rule 4(m) of the Federal Rules of Civil Procedure states that a court "must dismiss [an] action without prejudice" or "order that service be made within a specified time" if a defendant is not served within 90 days after the complaint is filed. FED. R. CIV. P. 4(m). Because Plaintiff has not complied with the court's order and provided proof of service within this time, this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

**DONE** the 16th day of August, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE